IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-MJ-101-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JAMES JACKSON, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 7) filed April 9, 2024. The Government seeks to dismiss without prejudice the charges against Defendant James Jackson in the Criminal Complaint in the above-captioned case.

Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss" (Document No. 7) is **GRANTED**, and that the charges against Defendant James Jackson in the above-captioned Criminal Complaint are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: April 9, 2024

David C. Keesler
United States Magistrate Judge